# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-1844
_____

WILLIAM WALLACE,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Mandamus—Original Proceedings.

September 3, 2025

PER CURIAM.

DENIED. *See Pettway v. State*, 776 So. 2d 930 (Fla. 2000).

ROBERTS, KELSEY, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

William Wallace, pro se, Petitioner.

No appearance for Respondent.